Argued February 2, affirmed February 2, 1973

STATE OF OREGON, *Respondent, v.* JERRY
WAYNE SWEARINGEN (No. 19834), *Appellant.*

505 P2d 358

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*John W. Osburn,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief was
Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.